MATTHEW THOMAS LEWELLYN
88 TWIN OAKS TRACE
HATTIESBURG, MS 39402

AMERICAN EXPRESS
ATTN: BANKRUPTCY
PO BOX 981537
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AMERICAN RANGE
13592 DESMOND ST.
PACOIMA, CA 91331

CARMAX AUTO FINANCE
ATTN: BANKRUPTCY
12800 TUCKAHOE CREEK
RICHMAN, VA 23238

ACCUTEMP PRODUCTS, INC
11919 JOHNN ADAMS DR
NEW HAVEN, IN 46774

AMERIKOOLER
575 E 10TH AVE
HIALEAH, FL 33010

CARTER-HOFFMAN
1551 MCCORMICK AVE
MUNDELEIN, IL 60060

ACP
225 49TH AVE DR SW
BRUSSELS, WI 54204

AMEX
PO BOX 981535
EL PASO, TX 79998

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

ADI
2653 AUSTIN HWY
SUITE 104
SAN ANTONIO, TX 78218

ARCTIC INDUSTRIES
9731 NW114TH WAY
MIAMI, FL 33178

CITIBANK
PO BOX 790046
ST. LOUIS, MO 63179

ADVANCE TABCO
325 WIRELESS BLVD
HAUPPAUGE, NY 11788

ATOSA USA, INC
201 NORTH BERRY ST.
BREA, CA 92821

CMA DISHMACHINES
P.O. BOX 841014
LOS ANGELES, CA 90084

ALLPOINTS FOODSERVICE
620 DARLING DR
VERNON HILLS, IL 60061

BROWNE USA, INC
50 NORTH AVE
SUITE 1
UNION, NJ 07083

CORTNEY LEWELLYN
88 TWIN OAKS TRACE
HATTIESBURG, MS 39402

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

CAC CHINA
251 CIRCLE DR N
PISCATAWAY, NJ 08854

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054

ALTO-SHAAM
DEPT 7028
CAROL STREAM, IL 60122

CAMBRO
5801 SKYLAB RD
HUNTINGTON BEACH, CA 92647

EURODIB CORP
334 CORNELIA ST. #272
PLATTSBURGH, NY 12901

EVEREST REFRIGERATION
201 W. ARTESIA BLVD.
COMPTON, CA 90220

FEDERAL SUPPLY
1171 S NORTHPOINT BLVD
WAUKEGAN, IL 60085

FLASH FURNITURE
P.O. BOX 736385
DALLAS, TX 75373-5000

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
907 PLEASANT VALLEY AV
STE 3
MT LAUREL, NJ 08054

FROSTY FACTORY OF AMER
2301 S. FARMVILLE ST.
RUSTON, LA 71270

GULF ICE SYSTEMS
7790 SEARS BLVD
PENSACOLA, FL 32514

H & S SHEET METAL
778 N CHURCH ST.
FLORENCE, MS 39073

HEARTLAND
1 HEARTLAND WAY
JEFFERSONVILLE, IN 47130

ICETRO AMERICA
6432 WARREN DR.
NORCROSS, GA 30093

IMPERIAL
1128 SHERBORN ST
CORONA, CA 92879

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JAYHAWK SALES
2613 INDUSTRIAL LN
GARLAND, TX 75041

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203

KLINGLERS TRADING
3009 BANKERS
INDUSTRIAL DR
STE B
ATLANTA, GA 30360

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NELNET
ATTN: CLAIMS
PO BOX 82505
LINCOLN, NE 68501

NOR-LAKE
891 COUNTY RD U
HUDSON, WI 54016

PARTSTOWN
27787 NETWORK PL
CHICAGO, IL 60673

PITCO FRIALATOR
P.O. BOX 501
CONCORD, NH 03302

PRIORITY ONE
6276 HWY 98
HATTIESBURG, MS 39402

REGIONS BANK/ENERBANK
ATTN: BANKRUPTCY
650 S MAIN ST
STE 1000
SALT LAKE CITY, UT 84101

RHEEM
800 INTERSTATE PARK
MONTGOMERY, AL 36109

SAMMIC
1225 HARTREY AVE
EVANSTON, IL 60202

SENECA HOLDINGS
10021 COMMERCE PRK DR.
CINCINNATI, OH 45246

SERVICE FINANCE
ATTN: BANKRUPTCY
555 SOUTH FEDERAL HWY
BOCA RATON, FL 33432

SOUTHERN COMM PRODUCTS
5816 RIVER OAKS RD S
NEW ORLEANS, LA 70123

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

SOUTHERN ICE EQUIP DIS
4217-B W. NORTHSIDE DR
JACKSON, MS 39209

TURBO AIR
4184 CONANT ST.
LONG BEACH, CA 90808

STAR INTERNATIONAL HOL
265 HOBSON ST
SMITHVILLE, TN 37166

UNIFIED BRANDS INC.
88 ARMORY RD
VICKSBURG, MS 39183

STERLING DISTRIBUTION
308 BEEBALM CR
COVINGTON, LA 70435

UPSTART
P.O. BOX 1503
SAN CARLOS, CA 94070

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

VICTORINOX
7 VICTORIA DR
MONROE, CT 06468

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

T & S BRASS
P.O. BOX 736364
DALLAS, TX 75373

TFG, LLC
4633 SANFORD ST
METAIRIE, LA 70006