# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
**Matthew Thomas Lewellyn,**                                                      **CHAPTER 7**
    **Debtor**                                                              **CASE NO.: 26-50526-KMS**

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local

Rules, Toyota Motor Credit Corporation, a party to a contested matter Miss. Bankr. L.R. 9014(c)

makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the

corporation's equity interests are listed below:

       1.      Toyota Financial Services International Corporation

                Respectfully submitted,

                **BENNETT LOTTERHOS SULSER**
                **& WILSON, P.A.**

                /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:    (601) 944-0466
Facsimile:    (601) 944-0467
cbarbour@blswlaw.com