**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:                                                        CHAPTER 7

MATTHEW THOMAS LEWELLYN                      CASE NUMBER: 26-50526 KMS

---

**REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE**
**AND APPOINTMENT OF SUCCESSOR TRUSTEE**

---

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:    CONFLICT OF INTEREST

s / Derek A. Henderson
Derek A. Henderson, Trustee

---

Effective this date, I hereby accept the rejection/resignation of Derek A. Henderson having been previously appointed as interim trustee and hereby appoint Zachary S. Wessler, Sr. as successor interim trustee.

DATE: _____                DAVID W. ASBACH
                                                              Acting United States Trustee Region V
                                                              Judicial Districts of Louisiana and
                                                              Mississippi

By:    _____
                                                              ABIGAIL M. MARBURY
                                                              Assistant United States Trustee