### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**                                                          **CHAPTER 7**

**MATTHEW THOMAS LEWELLYN**                  **CASE NUMBER: 26-50526 KMS**

---

### REJECTION/RESIGNATION AS INTERIM/PERMANENT TRUSTEE
### AND APPOINTMENT OF SUCCESSOR TRUSTEE

---

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this resignation and request that a successor trustee be appointed.

This rejection/resignation is submitted because:    <u>CONFLICT OF INTEREST</u>

<u>s / Derek A. Henderson</u>
Derek A. Henderson, Trustee

---

Effective this date, I hereby accept the rejection/resignation of <u>Derek A. Henderson</u> having been previously appointed as interim trustee and hereby appoint <u>Zachary S. Wessler, Sr.</u> as successor interim trustee.

DATE: _____

DAVID W. ASBACH
Acting United States Trustee Region V
Judicial Districts of Louisiana and Mississippi

By:      _____
ABIGAIL M. MARBURY
Assistant United States Trustee