# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**      **MATTHEW THOMAS LEWELLYN**      **CASE NUMBER: 26-50526-KMS**
                **DEBTOR(S)**                            **CHAPTER 7**

---

## NOTICE RESCHEDULING MEETING OF CREDITORS DUE TO RESIGNATION AND APPOINTMENT OF SUCCESSOR TRUSTEE

---

The Acting United States Trustee for Region 5, David W. Asbach, upon receipt of resignation of trustee and appointment of below named successor trustee, hereby reschedules the meeting of creditors in the above styled and numbered case to the **9TH** day of **JUNE 2026 ,** at **11:30AM** to be held via Zoom:

**Trustee: Zachary Wessler**
**Zoom Meeting Website: www.zoom.us/join**
**Zoom Meeting ID: 762 398 6120**
**Zoom Meeting Passcode: 9305294709**
**[Alternate Call-in number: 228-225-3419]**

Dated:  April 21, 2026

                 DAVID W. ASBACH
                 Acting United States Trustee
                 Region 5, Judicial Districts of
                 Louisiana and Mississippi

       By:      /*s*/ Sarita Dukes
                 Legal Assistant

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served this day on the attached Matrix and the below named individual(s) via first class U.S. Mail at the address listed below or by Notice of Electronic Filing via the email address on file with the court's CM/ECF system:

Matthew Thomas Lewellyn
88 Twin Oaks Trace
Hattiesburg, MS 39402
*Debtor*

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com
*Counsel for Debtor*

Zachary Wessler
chapter7trustee@wesslerlawgroup.com

All Creditors Listed on the Matrix (attached)

Dated: April 21, 2026

/s/ Sarita Dukes
Legal Assistant

```
MATTHEW THOMAS LEWELLYN        AMERICAN EXPRESS          CAPITAL ONE
88 TWIN OAKS TRACE             ATTN: BANKRUPTCY          ATTN: BANKRUPTCY
HATTIESBURG, MS 39402          PO BOX 981537             P.O. BOX 30285
                               EL PASO, TX 79998         SALT LAKE CITY, UT 84130


THOMAS C. ROLLINS, JR.         AMERICAN RANGE            CARMAX AUTO FINANCE
THE ROLLINS LAW FIRM, PLLC     13592 DESMOND ST.         ATTN: BANKRUPTCY
P.O. BOX 13767                 PACOIMA, CA 91331         12800 TUCKAHOE CREEK
JACKSON, MS 39236                                        RICHMAN, VA 23238


ACCUTEMP PRODUCTS, INC         AMERIKOOLER               CARTER-HOFFMAN
11919 JOHNN ADAMS DR           575 E 10TH AVE            1551 MCCORMICK AVE
NEW HAVEN, IN 46774            HIALEAH, FL 33010         MUNDELEIN, IL 60060


ACP                            AMEX                      CITI CARD
225 49TH AVE DR SW             PO BOX 981535             PO BOX 790040
BRUSSELS, WI 54204             EL PASO, TX 79998         ST LOUIS, MO 36179


ADI                            ARCTIC INDUSTRIES         CITIBANK
2653 AUSTIN HWY                9731 NW114TH WAY          PO BOX 790046
SUITE 104                      MIAMI, FL 33178           ST. LOUIS, MO 63179
SAN ANTONIO, TX 78218


ADVANCE TABCO                  ATOSA USA, INC            CMA DISHMACHINES
325 WIRELESS BLVD              201 NORTH BERRY ST.       P.O. BOX 841014
HAUPPAUGE, NY 11788            BREA, CA 92821            LOS ANGELES, CA 90084


ALLPOINTS FOODSERVICE          BROWNE USA, INC           CORTNEY LEWELLYN
620 DARLING DR                 50 NORTH AVE              88 TWIN OAKS TRACE
VERNON HILLS, IL 60061         SUITE 1                   HATTIESBURG, MS 39402
                               UNION, NJ 07083


ALLY FINANCIAL, INC            CAC CHINA                 DISCOVER FINANCIAL
ATTN: BANKRUPTCY               251 CIRCLE DR N           ATTN: BANKRUPTCY
PO BOX 380901                  PISCATAWAY, NJ 08854      PO BOX 3025
BLOOMINGTON, IL 55438                                    NEW ALBANY, OH 43054


ALTO-SHAAM                     CAMBRO                    EURODIB CORP
DEPT 7028                      5801 SKYLAB RD            334 CORNELIA ST. #272
CAROL STREAM, IL 60122         HUNTINGTON BEACH, CA 92647  PLATTSBURGH, NY 12901
```

EVEREST REFRIGERATION
201 W. ARTESIA BLVD.
COMPTON, CA 90220

FEDERAL SUPPLY
1171 S NORTHPOINT BLVD
WAUKEGAN, IL 60085

FLASH FURNITURE
P.O. BOX 736385
DALLAS, TX 75373-5000

FNB OMAHA
ATTN: BANKRUPTCY
P.O. BOX 3128
OMAHA, NE 68103

FREEDOM MORTGAGE
ATTN: BANKRUPTCY
907 PLEASANT VALLEY AV
STE 3
MT LAUREL, NJ 08054

FROSTY FACTORY OF AMER
2301 S. FARMVILLE ST.
RUSTON, LA 71270

GULF ICE SYSTEMS
7790 SEARS BLVD
PENSACOLA, FL 32514

H & S SHEET METAL
778 N CHURCH ST.
FLORENCE, MS 39073

HEARTLAND
1 HEARTLAND WAY
JEFFERSONVILLE, IN 47130

ICETRO AMERICA
6432 WARREN DR.
NORCROSS, GA 30093

IMPERIAL
1128 SHERBORN ST
CORONA, CA 92879

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

JAYHAWK SALES
2613 INDUSTRIAL LN
GARLAND, TX 75041

JPMCB
MAILCODE LA4-7100
700 KANSAS LANE
MONROE, LA 71203

KLINGLERS TRADING
3009 BANKERS
INDUSTRIAL DR
STE B
ATLANTA, GA 30360

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808

NELNET
ATTN: CLAIMS
PO BOX 82505
LINCOLN, NE 68501

NOR-LAKE
891 COUNTY RD U
HUDSON, WI 54016

PARTSTOWN
27787 NETWORK PL
CHICAGO, IL 60673

PITCO FRIALATOR
P.O. BOX 501
CONCORD, NH 03302

PRIORITY ONE
6276 HWY 98
HATTIESBURG, MS 39402

REGIONS BANK/ENERBANK
ATTN: BANKRUPTCY
650 S MAIN ST
STE 1000
SALT LAKE CITY, UT 84101

RHEEM
800 INTERSTATE PARK
MONTGOMERY, AL 36109

SAMMIC
1225 HARTREY AVE
EVANSTON, IL 60202

SENECA HOLDINGS
10021 COMMERCE PRK DR.
CINCINNATI, OH 45246

SERVICE FINANCE
ATTN: BANKRUPTCY
555 SOUTH FEDERAL HWY
BOCA RATON, FL 33432

SOUTHERN COMM PRODUCTS
5816 RIVER OAKS RD S
NEW ORLEANS, LA 70123

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285


SOUTHERN ICE EQUIP DIS
4217-B W. NORTHSIDE DR
JACKSON, MS 39209

TURBO AIR
4184 CONANT ST.
LONG BEACH, CA 90808


STAR INTERNATIONAL HOL
265 HOBSON ST
SMITHVILLE, TN 37166

UNIFIED BRANDS INC.
88 ARMORY RD
VICKSBURG, MS 39183


STERLING DISTRIBUTION
308 BEEBALM CR
COVINGTON, LA 70435

UPSTART
P.O. BOX 1503
SAN CARLOS, CA 94070


SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

VICTORINOX
7 VICTORIA DR
MONROE, CT 06468

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

T & S BRASS
P.O. BOX 736364
DALLAS, TX 75373


TFG, LLC
4633 SANFORD ST
METAIRIE, LA 70006