**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Matthew Thomas Lewellyn, Debtor**        **Case No. 26-50526-KMS**
                                                                                   **CHAPTER 7**

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Toyota Motor

Credit Corporation's Motion for Relief from the Automatic Stay, to Abandon Property and Other

Relief (dk # 14) as follows:

1.  Debtor commenced this case on 03/31/2026 by filing a voluntary petition for relief under

    Chapter 7of Title 11 of the United States Bankruptcy Code.

2.  Debtor will bring payments current.

    WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or

alternative relief as may be just and proper.

                                    Respectfully submitted,

                    By:     /s/ Thomas C. Rollins, Jr.
                             Thomas C. Rollins, Jr. (MSBN 103469)
                             Attorney for Debtor


Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on April 22, 2026, to:

By USPS First Class Mail:

Toyota Financial
Attn: Bankruptcy
PO Box 22171
Tempe AZ 85285

By Electronic CM/ECF Notice:

Charles Frank Fair Barbour, Attorney for Creditor

Derek A. Henderson, Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Matthew Thomas Lewellyn

CASE NO: 26-50526

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

On 4/22/2026, I did cause a copy of the following documents, described below,

Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Matthew Thomas Lewellyn

CASE NO: 26-50526

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 4/22/2026, a copy of the following documents, described below,

Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/22/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE AZ 85285