**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**                                                                                      **BANKRUPTCY PROCEEDING**

**MATTHEW THOMAS LEWELLYN**                                    **CASE NUMBER: 26-50526 KMS**

---

**NOTICE OF APPEARANCE**

---

PURSUANT to Bankruptcy Rules 2002 and 9010, Derek A. Henderson, Attorney at Law,

hereby enters his appearance as attorney of record in the above referenced bankruptcy proceeding

on behalf of PriorityOne Bank and requests that he be placed on the mailing list and receive all

copies of any relevant documents.

Please add the following name and address to the list of counsel:

Derek A. Henderson
Attorney at Law
1765-A Lelia Drive, Suite 103
Jackson, MS 39216
Telephone: (601) 948-3167
Facsimile: (601) 948-0109
derek@derekhendersonlaw.com

DATED this the 22nd day of April, 2026.

Respectfully submitted,

By:     s / Derek A. Henderson
         DEREK A. HENDERSON
         ATTORNEY FOR PRIORITYONE BANK

## CERTIFICATE OF SERVICE

I, DEREK A. HENDERSON, do hereby certify that I have this date served, via the ECF Notification Service, which provides electronic notice all parties of record, a true and correct copy of the above and foregoing Notice of Appearance to the following:

Matthew Thomas Lewellyn
88 Twin Oaks Trace
Hattiesburg, MS 39402

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com

Zachary S. Wessler, Sr.
Chapter 7 Trustee
chapter7trustee@wesslerlawgroup.com

Office of United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

This, the 22nd day of April, 2026.

s / Derek A. Henderson
DEREK A. HENDERSON

**Derek A. Henderson, MSB #2260**
**Anna Claire Henderson, MSB #106230**
**1765-A Lelia Drive, Suite 103**
**Jackson, MS 39216**
**(601) 948-3167**
derek@derekhendersonlaw.com
annaclaire@derekhendersonlaw.com