**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER §341 MEETING**
**06/09/2026**

**IN RE:  Lewellyn, Matthew Thomas**                    **MARITAL STATUS:  Married**
                                                                                      **CASE NO. 26-50526**

**APPEARANCES**

| | |
|---|---|
| (✔) DEBTOR 1 | (  ) DEBTOR 2 (Spouse in Joint Cases) |
| (✔) Required picture I.D. produced | (  ) Required picture I.D. produced |
| (✔) MS DL  (  ) Other_____ | (  ) MS DL  (  ) Other_____ |
| (✔) Required SSN verification produced | (  ) Required SSN verification produced |
| (✔) SSC  (  ) Other_____ | (  ) SSC  (  ) Other_____ |
| (✔) Pay advices received | (  ) Pay advices received |

Tax Returns Received For ___**2025**_____ (years); Tax Refund _____

Most Recent Filing: **Y** / N; If No, Most Recent Filing _____ (years)

Bank Statements: (✔)_____, _____, _____, _____, _____

DSO: Y/**N**; If Y, Disclosed on Schedules? _____; 1st DSO Letter Sent on _____ (date)

Financial Documents Were (✔) Retained By Trustee or (  ) Returned To Debtor(s) or (  )Forwarded To The UST.

(  )  DEBTOR'S REPRESENTATIVE _____

(✔) ATTORNEY FOR DEBTOR(S):  ~~**THOMAS CARL ROLLINS, JR**~~ or substitute: **JENNIFER CAVILLO**

(  ) DEBTOR(S) APPEARED PRO SE

       YES (  )  NO  (  ) If Pro Se, did anyone assist with preparation?

       YES (  )  NO  (  ) If yes, has Debtor completed pro se form?

YES (✔) NO  (  ) - Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329. _____

Credit Counseling Certificate (✔) Filed or  (  ) Not Filed

**THE MEETING OF CREDITORS WAS:**

       (✔) HELD; or

       (  )  NOT HELD; or

       (  )  NOT CONCLUDED AND IS CONTINUED TO THE _____ DAY OF _____, 20_____, AT _____ O'CLOCK ___.M.

**DEBTOR(S) REQUIRED TO:**

(  )  AMEND Schedules and Statements within ten (10) days of 341(a) Meeting. _____

(  ) OTHER: _____

_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:

_____
_____

**ADDITIONAL NOTES:**

***Nicole Selevredes was present on behalf of creditor Federal Supply USA*** _____

_____

DATED: **06/09/2026**_____                    TRUSTEE **ZACHARY S. WESSLER, SR.**

Track # __**027**_____                    */s/ Zachary S. Wessler, Sr.*_____