United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 26-50526-KMS

Matthew Thomas Lewellyn                                                       Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

**Recip ID                    Recipient Name and Address**
db                      +  Matthew Thomas Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:

**Name                          Email Address**

Charles F. F. Barbour
                          on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com

Derek A Henderson
                          on behalf of Plaintiff PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Derek A Henderson
                          on behalf of Creditor PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Thomas Carl Rollins, Jr
                          on behalf of Debtor Matthew Thomas Lewellyn trollins@therollinsfirm.com
                          jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                          USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: Jun 09, 2026                 Form ID: pdf012                      Total Noticed: 1

       chapter7trustee@wesslerlawgroup.com
       meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 6



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MATTHEW THOMAS LEWELLYN                    CASE NO. 26-50526 KMS

DEBTOR .                                                            CHAPTER 7

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by Toyota Motor Credit Corporation (the "Motion") (Dkt. #14) and the Court having considered the facts herein, finds that the hearing on June 11, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for July 16, 2026, at 9:30 a.m., in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841