United States Bankruptcy Court

Southern District of Mississippi

In re:

Matthew Thomas Lewellyn

    Debtor

Case No. 26-50526-KMS

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: n023 | Total Noticed: 73 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Thomas Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775 |
| 5645925 | | ACP, 225 49th Ave Dr SW, Brussels, WI 54204 |
| 5645926 | + | ADI, 2653 Austin HWY, Suite 104, San Antonio, TX 78218-2049 |
| 5645924 | + | Accutemp Products, Inc, 11919 John Adams Dr, New Haven, IN 46774-7401 |
| 5645927 | + | Advance Tabco, 325 Wireless Blvd, Hauppauge, NY 11788-3908 |
| 5645928 | + | Allpoints Foodservice, 620 Darling Dr, Vernon Hills, IL 60061-3035 |
| 5645930 | + | Alto-Shaam, Dept 7028, Carol Stream, IL 60122-0001 |
| 5645932 | + | American Range, 13592 Desmond St., Pacoima, CA 91331-2315 |
| 5645933 | + | Amerikooler, 575 E 10th Ave, Hialeah, FL 33010-4639 |
| 5645935 | + | Arctic Industries, 9731 NW114th Way, Miami, FL 33178-1178 |
| 5645936 | + | Atosa USA, Inc, 201 North Berry St., Brea, CA 92821-3904 |
| 5645937 | | Browne USA, Inc, 50 North Ave, Suite 1, Union, NJ 07083 |
| 5645938 | + | CAC China, 251 Circle Dr N, Piscataway, NJ 08854-3701 |
| 5645945 | + | CMA Dishmachines, P.O. Box 841014, Los Angeles, CA 90084-1014 |
| 5645939 | + | Cambro, 5801 Skylab Rd, Huntington Beach, CA 92647-2051 |
| 5645942 | + | Carter-Hoffman, 1551 McCormick Ave, Mundelein, IL 60060-4491 |
| 5645946 | + | Cortney Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775 |
| 5663038 | + | Derek A Henderson, Esq., Attorney at Law, For PriorityOne Bank, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5645948 | + | Eurodib Corp, 334 Cornelia St. #272, Plattsburgh, NY 12901-2329 |
| 5645949 | + | Everest Refrigeration, 201 W. Artesia Blvd., Compton, CA 90220-5517 |
| 5645950 | + | Federal Supply, 1171 S Northpoint Blvd, Waukegan, IL 60085-8216 |
| 5645951 | | Flash Furniture, P.O. Box 736385, Dallas, TX 75373-5000 |
| 5645954 | + | Frosty Factory of Amer, 2301 S. Farmville St., Ruston, LA 71270-9042 |
| 5645955 | + | Gulf Ice Systems, 7790 Sears Blvd, Pensacola, FL 32514-4542 |
| 5645956 | + | H & S Sheet Metal, 778 N Church St., Florence, MS 39073-8267 |
| 5645958 | + | Icetro America, 6432 Warren Dr., Norcross, GA 30093-1113 |
| 5645959 | + | Imperial, 1128 Sherborn St, Corona, CA 92879-2089 |
| 5645962 | + | Jayhawk Sales, 2613 Industrial Ln, Garland, TX 75041-2302 |
| 5645964 | + | Klinglers Trading, 3009 Bankers, Industrial Dr, STE B, Atlanta, GA 30360-2724 |
| 5645967 | + | Nor-Lake, 891 County Rd U, Hudson, WI 54016-7643 |
| 5645969 | + | Pitco Frialator, P.O. Box 501, Concord, NH 03302-0501 |
| 5645970 | | Priority One, 6276 Hwy 98, Hattiesburg, MS 39402 |
| 5645972 | + | Rheem, 800 Interstate Park, Montgomery, AL 36109-5481 |
| 5645973 | + | Sammic, 1225 Hartrey Ave, Evanston, IL 60202-1056 |
| 5645974 | + | Seneca Holdings, 10021 Commerce Prk Dr., Cincinnati, OH 45246-1333 |
| 5645976 | + | Southern Comm Products, 5816 River Oaks Rd S, New Orleans, LA 70123-2155 |
| 5645978 | + | Star International Hol, 265 Hobson St, Smithville, TN 37166-2812 |
| 5645979 | + | Sterling Distribution, 308 Beebalm Cr, Covington, LA 70435-0702 |
| 5645984 | + | TFG, LLC, 4633 Sanford St, Metairie, LA 70006-5317 |
| 5645986 | + | Turbo Air, 4184 Conant St., Long Beach, CA 90808-1789 |
| 5645987 | + | Unified Brands Inc., 88 Armory Rd, Vicksburg, MS 39183-7431 |
| 5645990 | + | Victorinox, 7 Victoria Dr, Monroe, CT 06468-1664 |

TOTAL: 42

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

District/off: 0538-6                          User: mssbad                                    Page 2 of 4

Date Rcvd: Jun 18, 2026                       Form ID: n023                                   Total Noticed: 73

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bkfilings@zwickerpc.com | Jun 18 2026 19:34:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-1041, UNITED STATES 01810-0943 |
| cr | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 18 2026 19:34:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, STE 210, KENNESAW, GA 30144 |
| 5647173 | + EDI: AISACG.COM | Jun 18 2026 23:29:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5645929 | + EDI: GMACFS.COM | Jun 18 2026 23:29:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5645931 | + Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 19:38:16 | American Express, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 5647243 | + Email/Text: bkfilings@zwickerpc.com | Jun 18 2026 19:34:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5645934 | + Email/PDF: bncnotices@becket-lee.com | Jun 18 2026 19:38:16 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5645941 | Email/Text: CAF_Bankruptcy_Department@carmax.com | Jun 18 2026 19:34:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5645940 | + EDI: CAPITALONE.COM | Jun 18 2026 23:29:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5645943 | + EDI: CITICORP | Jun 18 2026 23:29:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5645944 | + EDI: CITICORP | Jun 18 2026 23:29:00 | Citibank, Po Box 790046, St. Louis, MO 63179-0046 |
| 5645947 | + EDI: DISCOVER | Jun 18 2026 23:29:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5645952 | + Email/Text: collecadminbankruptcy@fnni.com | Jun 18 2026 19:34:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5645953 | + Email/Text: Bankruptcy@Freedommortgage.com | Jun 18 2026 19:34:00 | Freedom Mortgage, Attn: Bankruptcy, 907 Pleasant Valley Av, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5645957 | + Email/Text: collections@e-hps.com | Jun 18 2026 19:34:00 | Heartland, 1 Heartland Way, Jeffersonville, IN 47130-5870 |
| 5645961 | + Email/Text: ebone.woods@usdoj.gov | Jun 18 2026 19:34:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5645960 | EDI: IRS.COM | Jun 18 2026 23:29:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5645963 | + EDI: JPMORGANCHASE | Jun 18 2026 23:29:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5645965 | EDI: MSDOR | Jun 18 2026 23:29:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5645966 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 18 2026 19:34:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5645968 | ^ MEBN | Jun 18 2026 19:27:59 | Partstown, 27787 Network Pl, Chicago, IL 60673-1277 |
| 5645971 | + Email/Text: EB_Collectionsbk@Regions.com | Jun 18 2026 19:34:00 | Regions Bank/EnerBank, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 5645975 | + Email/Text: servicing@svcfin.com | Jun 18 2026 19:34:00 | Service Finance, Attn: Bankruptcy, 555 South |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: n023 | Total Noticed: 73 |

| | | | |
|---|---|---|---|
| | | | Federal Hwy, Boca Raton, FL 33432-6033 |
| 5645977 | + Email/Text: rdelasbour@southernice.com | Jun 18 2026 19:34:00 | Southern Ice Equip Dis, 4217-B W. Northside Dr, Jackson, MS 39209-2520 |
| 5645982 | + EDI: SYNC | Jun 18 2026 23:29:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5645981 | + EDI: SYNC | Jun 18 2026 23:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5645980 | + EDI: SYNC | Jun 18 2026 23:29:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5645983 | + Email/Text: jratterree@tsbrass.com | Jun 18 2026 19:34:19 | T & S Brass, P.O. Box 736364, Dallas, TX 75373-6364 |
| 5645985 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 18 2026 19:34:00 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5645989 | ^ MEBN | Jun 18 2026 19:27:51 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5645988 | + Email/Text: UpStart@ebn.phinsolutions.com | Jun 18 2026 19:34:00 | Upstart, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PriorityOne Bank |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com |
| Derek A Henderson | on behalf of Plaintiff PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Jun 18, 2026 | Form ID: n023 | Total Noticed: 73 |

Thomas Carl Rollins, Jr

on behalf of Debtor Matthew Thomas Lewellyn trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr

chapter7trustee@wesslerlawgroup.com
meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In re:**                                                          **Case No.:** 26−50526−KMS

Matthew Thomas Lewellyn                                **Chapter** 7
88 Twin Oaks Trace
Hattiesburg, MS 39402

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx−xx−8040

*\*Debtor*

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **September 16, 2026**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Date: 6/18/26                                          Danny L. Miller, Clerk of Court

*\*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.*

Form n023 Rev. 12/15 (B2040)