United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50526-KMS

Matthew Thomas Lewellyn                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: admin                                Page 1 of 2

Date Rcvd: Jun 22, 2026                 Form ID: n029                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID                    Recipient Name and Address**
db               + Matthew Thomas Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2026 at the address(es) listed below:**

**Name                        Email Address**

Charles F. F. Barbour
                              on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com

Derek A Henderson
                              on behalf of Plaintiff PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Derek A Henderson
                              on behalf of Creditor PriorityOne Bank derek@derekhendersonlaw.com  melissa@derekhendersonlaw.com

Thomas Carl Rollins, Jr
                              on behalf of Debtor Matthew Thomas Lewellyn trollins@therollinsfirm.com
                              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                              nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                              USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr

District/off: 0538-6                                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 22, 2026                          Form ID: n029                                  Total Noticed: 1

chapter7trustee@wesslerlawgroup.com
meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

TOTAL: 6

Form n029–Notice (Rev. 12/24)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

In re:  Matthew Thomas Lewellyn                                   Case No. 26–50526–KMS

Chapter 7

**<u>NOTICE OF REQUIREMENT TO FILE CERTIFICATE OF</u>**
**<u>COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE</u>**

Subject to statutory exceptions, pursuant to 11 U.S.C. § 727(a)(11) and 11 U.S.C. § 1328(g)(1) an individual debtor must complete an instructional course in personal financial management to receive a discharge under chapter 7 (11 U.S.C. § 727) and chapter 13 (11 U.S.C. § 1328).

Pursuant to Fed. R. Bankr. P. 1007(b)(7) unless an approved provider of an instructional course concerning personal financial management has notified the court that the debtor completed the course in financial management after filing the petition or the debtor is not required to complete the course as a condition for discharge, an individual debtor* in a Chapter 7 or Chapter 13 case must file a certificate of course completion ("Certificate of Debtor Education") issued by the provider for cases under:

<u>Chapter 7</u>   Within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

<u>Chapter 13</u> Before the last payment is made under the plan or the filing of a motion for entry of discharge under § 1328(b).

Failure to file the certificate within the applicable time limit under Rule 1007(c) may result in the case being closed without an entry of a discharge. If the debtor later files a Motion to Reopen the Case for the purpose of filing the certificate, the debtor must pay the full reopening fee due for filing the motion.

This requirement can be completed any time before the deadline, but it is <u>highly recommended</u> that the debtor complete this requirement  as soon as possible to avoid missing the deadline.

The Certificate of Debtor Education should not be confused with the Certificate of Credit Counseling, which should be filed with the petition.

Dated: 6/22/26                          Danny L. Miller, Clerk of Court
                                        Dan M. Russell, Jr. U.S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501
                                        228–563–1790

*In a joint case, each debtor must complete the financial management course and file a certificate of course completion.