# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50526          **Case Name:**   Matthew Thomas Lewellyn

**Set:**   08/13/2026 09:30 am   **Chapter:** 7      **Type:** bk      **Judge**   Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2022 TOYOTA. ., Motion to Compel Abandonment .  Filed by Creditor Toyota Motor Credit Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order)  (Dkt. #14)

Response filed by the Debtor (Dkt. #23)

---

Minute Entry Re: (related document(s): [14] Motion for Relief From Stay filed by Toyota Motor Credit Corporation) Barbour to submit an Agreed Order. Order due by 08/27/2026. Called in by Barbour.(mcc)