United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-50526-KMS
Matthew Thomas Lewellyn Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 4
Date Rcvd: Sep 03, 2026 Form ID: 318 Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Thomas Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775 |
| 5645925 | | ACP, 225 49th Ave Dr SW, Brussels, WI 54204 |
| 5645926 | + | ADI, 2653 Austin HWY, Suite 104, San Antonio, TX 78218-2049 |
| 5645924 | + | Accutemp Products, Inc, 11919 Johnn Adams Dr, New Haven, IN 46774-7401 |
| 5645927 | + | Advance Tabco, 325 Wireless Blvd, Hauppauge, NY 11788-3908 |
| 5645928 | + | Allpoints Foodservice, 620 Darling Dr, Vernon Hills, IL 60061-3035 |
| 5645930 | + | Alto-Shaam, Dept 7028, Carol Stream, IL 60122-0001 |
| 5645932 | + | American Range, 13592 Desmond St., Pacoima, CA 91331-2315 |
| 5645933 | + | Amerikooler, 575 E 10th Ave, Hialeah, FL 33010-4639 |
| 5645935 | + | Arctic Industries, 9731 NW114th Way, Miami, FL 33178-1178 |
| 5645936 | + | Atosa USA, Inc, 201 North Berry St., Brea, CA 92821-3904 |
| 5645937 | | Browne USA, Inc, 50 North Ave, Suite 1, Union, NJ 07083 |
| 5645938 | + | CAC China, 251 Circle Dr N, Piscataway, NJ 08854-3701 |
| 5645945 | + | CMA Dishmachines, P.O. Box 841014, Los Angeles, CA 90084-1014 |
| 5701511 | + | CVK Enterprises Inc, DBA Federal Supply USA, Nicole Selevredes, 1171 S Northpoint Blvd, Waukegan, IL 60085-8216 |
| 5645939 | + | Cambro, 5801 Skylab Rd, Huntington Beach, CA 92647-2051 |
| 5645942 | + | Carter-Hoffman, 1551 McCormick Ave, Mundelein, IL 60060-4491 |
| 5691766 | + | Chemical Methods Associates, LLC, CMA Dishmachines, 17707 Valley View St., Cerritos, CA 90703-7004 |
| 5645946 | + | Cortney Lewellyn, 88 Twin Oaks Trace, Hattiesburg, MS 39402-8775 |
| 5663038 | + | Derek A Henderson, Esq., Attorney at Law, For PriorityOne Bank, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5645948 | + | Eurodib Corp, 334 Cornelia St. #272, Plattsburgh, NY 12901-2329 |
| 5645949 | + | Everest Refrigeration, 201 W. Artesia Blvd., Compton, CA 90220-5517 |
| 5645950 | + | Federal Supply, 1171 S Northpoint Blvd, Waukegan, IL 60085-8216 |
| 5645951 | | Flash Furniture, P.O. Box 736385, Dallas, TX 75373-5000 |
| 5645954 | + | Frosty Factory of Amer, 2301 S. Farmville St., Ruston, LA 71270-9042 |
| 5645955 | + | Gulf Ice Systems, 7790 Sears Blvd, Pensacola, FL 32514-4542 |
| 5645956 | + | H & S Sheet Metal, 778 N Church St., Florence, MS 39073-8267 |
| 5645958 | + | Icetro America, 6432 Warren Dr., Norcross, GA 30093-1113 |
| 5645959 | + | Imperial, 1128 Sherborn St, Corona, CA 92879-2089 |
| 5645962 | + | Jayhawk Sales, 2613 Industrial Ln, Garland, TX 75041-2302 |
| 5645964 | + | Klinglers Trading, 3009 Bankers, Industrial Dr, STE B, Atlanta, GA 30360-2724 |
| 5645967 | + | Nor-Lake, 891 County Rd U, Hudson, WI 54016-7643 |
| 5645969 | + | Pitco Frialator, P.O. Box 501, Concord, NH 03302-0501 |
| 5645970 | | Priority One, 6276 Hwy 98, Hattiesburg, MS 39402 |
| 5645972 | + | Rheem, 800 Interstate Park, Montgomery, AL 36109-5481 |
| 5645973 | + | Sammic, 1225 Hartrey Ave, Evanston, IL 60202-1056 |
| 5645974 | + | Seneca Holdings, 10021 Commerce Prk Dr., Cincinnati, OH 45246-1333 |
| 5645976 | + | Southern Comm Products, 5816 River Oaks Rd S, New Orleans, LA 70123-2155 |
| 5645978 | + | Star International Hol, 265 Hobson St, Smithville, TN 37166-2812 |
| 5645979 | + | Sterling Distribution, 308 Beebalm Cr, Covington, LA 70435-0702 |
| 5645984 | + | TFG, LLC, 4633 Sanford St, Metairie, LA 70006-5317 |
| 5645986 | + | Turbo Air, 4184 Conant St., Long Beach, CA 90808-1789 |
| 5691751 | + | Turbo Air Inc., 4184 E Conant Street, Long Beach CA 90808-1789 |
| 5645987 | + | Unified Brands Inc., 88 Armory Rd, Vicksburg, MS 39183-7431 |
| 5645990 | + | Victorinox, 7 Victoria Dr, Monroe, CT 06468-1664 |

TOTAL: 45

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 03 2026 23:54:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: bkfilings@zwickerpc.com | Sep 03 2026 19:54:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-1041, UNITED STATES 01810-0943 |
| cr | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 03 2026 19:53:00 | CARMAX AUTO FINANCE, 225 CHASTAIN MEADOWS CT, STE 210, KENNESAW, GA 30144 |
| 5647173 | + | EDI: AISACG.COM | Sep 03 2026 23:54:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5645929 | + | EDI: GMACFS.COM | Sep 03 2026 23:54:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5645931 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 19:54:58 | American Express, Attn: Bankruptcy, Po Box 981537, El Paso, TX 79998-1537 |
| 5647243 | + | Email/Text: bkfilings@zwickerpc.com | Sep 03 2026 19:54:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 5687514 | + | Email/Text: bkfilings@zwickerpc.com | Sep 03 2026 19:54:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 5645934 | + | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 19:54:51 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5645941 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Sep 03 2026 19:53:00 | CarMax Auto Finance, Attn: Bankruptcy, 12800 Tuckahoe Creek, Richman, VA 23238 |
| 5645940 | + | EDI: CAPITALONE.COM | Sep 03 2026 23:54:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5692972 | + | EDI: AIS.COM | Sep 03 2026 23:54:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5645943 | + | EDI: CITICORP | Sep 03 2026 23:54:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5645944 | + | EDI: CITICORP | Sep 03 2026 23:54:00 | Citibank, Po Box 790046, St. Louis, MO 63179-0046 |
| 5690400 | | EDI: CITICORP | Sep 03 2026 23:54:00 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5692840 | + | EDI: AIS.COM | Sep 03 2026 23:54:00 | Directv, LLC, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5645947 | + | EDI: DISCOVER | Sep 03 2026 23:54:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5689326 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 03 2026 19:53:00 | First National Bank Omaha, 1601 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5645952 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 03 2026 19:53:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 5645953 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 03 2026 19:53:00 | Freedom Mortgage, Attn: Bankruptcy, 907 Pleasant Valley Av, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5645957 | + | Email/Text: collections@e-hps.com | Sep 03 2026 19:53:00 | Heartland, 1 Heartland Way, Jeffersonville, IN 47130-5870 |

| | | | | |
|---|---|---|---|---|
| 5645961 | + | Email/Text: ebone.woods@usdoj.gov | Sep 03 2026 19:53:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5645960 | | EDI: IRS.COM | Sep 03 2026 23:54:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5645963 | + | EDI: JPMORGANCHASE | Sep 03 2026 23:54:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5645965 | | EDI: MSDOR | Sep 03 2026 23:54:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5645966 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 03 2026 19:53:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5716715 | | EDI: PRA.COM | Sep 03 2026 23:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5645968 | ^ | MEBN | Sep 03 2026 19:51:27 | Partstown, 27787 Network Pl, Chicago, IL 60673-1277 |
| 5645971 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 03 2026 19:53:00 | Regions Bank/EnerBank, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 5708694 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 03 2026 19:53:00 | Regions Home Improvement Financing, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 5703418 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2026 19:54:59 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5645975 | + | Email/Text: servicing@svcfin.com | Sep 03 2026 19:53:00 | Service Finance, Attn: Bankruptcy, 555 South Federal Hwy, Boca Raton, FL 33432-6033 |
| 5688967 | ^ | MEBN | Sep 03 2026 19:51:29 | Sloan Servicing from Nelnet Servicing, LLC, PO Box 87131, Lincoln, NE 68501-7131 |
| 5645977 | + | Email/Text: rdelasbour@southernice.com | Sep 03 2026 19:54:00 | Southern Ice Equip Dis, 4217-B W. Northside Dr, Jackson, MS 39209-2520 |
| 5717907 | | Email/PDF: bncnotices@becket-lee.com | Sep 03 2026 19:54:58 | Spring Oaks Capital SPV, LLC, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5645982 | + | EDI: SYNC | Sep 03 2026 23:54:00 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5645981 | + | EDI: SYNC | Sep 03 2026 23:54:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5645980 | + | EDI: SYNC | Sep 03 2026 23:54:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5645983 | + | Email/Text: jratterree@tsbrass.com | Sep 03 2026 19:53:00 | T & S Brass, P.O. Box 736364, Dallas, TX 75373-6364 |
| 5645985 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 03 2026 19:53:00 | Toyota Financial, Attn: Bankruptcy, Po Box 22171, Tempe, AZ 85285-2171 |
| 5645989 | ^ | MEBN | Sep 03 2026 19:51:10 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5645988 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 03 2026 19:53:00 | Upstart, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|

| | | |
|---|---|---|
| cr | | PriorityOne Bank |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles F. F. Barbour | on behalf of Creditor Toyota Motor Credit Corporation cbarbour@blswlaw.com |
| Derek A Henderson | on behalf of Plaintiff PriorityOne Bank derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Derek A Henderson | on behalf of Creditor PriorityOne Bank derek@derekhendersonlaw.com melissa@derekhendersonlaw.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Matthew Thomas Lewellyn trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 6

***Information to identify the case:***

Debtor 1 **Matthew Thomas Lewellyn** Social Security number or ITIN **xxx–xx–8040**
First Name Middle Name Last Name EIN _ _–_ _ _ _ _ _ _

Debtor 2 Social Security number or ITIN _ _ _ _
(Spouse, if filing) First Name Middle Name Last Name EIN _ _–_ _ _ _ _ _ _

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50526–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Matthew Thomas Lewellyn**

Dated: 9/3/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**